UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO RAMOS VILLANUEVA,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-2991-CAB-MMP<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**<br><br>[Doc. No. 1] |

A petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 for Petitioner Luis Antonio Ramos Villanueva has been transferred to this Court from the District of Rhode Island. [Doc. No. 1 ("Petition").]  It is unclear to the Court why Petitioner filed a habeas petition in that district when he is detained at the Otay Mesa Detention Center in the Southern District of California.  Regardless, this is Petitioner's third habeas petition to date.  As a result of his first petition, Petitioner received an individualized bond hearing but was denied bond.  [*See* Case No. 25-cv-3679-CAB-SBC at Doc. No. 8.]  Petitioner filed a second petition where briefing in still in progress.  [*See* Case No. 26-cv-2797-CAB-VET.]

///

///

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  Here, the Petition provides no new information or grounds for relief that are not raised in the petition already pending before this Court.  Therefore, the Court **DISMISSES** the Petition.

It is **SO ORDERED**.

Dated: May 21, 2026

Hon. Cathy Ann Bencivengo
United States District Judge